UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAMETCAN AVCI,

Petitioner,

v.

CHRISTOPHER LAROSE, Senior Warden Otay Mesa Detention Center; TODD BLANCHE, Acting United States Attorney General; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; PATRICK DIVVER, ICE San Diego Field Office Director, in their official capacities,

Respondents.

Case No.:  3:26-cv-03870-LEK-MSB

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Sametcan Avci ("Petitioner") filed a Verified Petition for Writ of Habeas Corpus ("Petition") on July 6, 2026. [Dkt. no. 1.] On July 14, 2026, this Court issued an order granting the Petition in part and denying it in part ("7/14 Order"). [Dkt. no. 6.] The 7/14 Order directed the respondents, identified in the Petition as Christopher LaRose, Senior Warden of Otay Mesa Detention Center; Todd Blanche, Acting United States Attorney General; Markwayne Mullin, Secretary of the Department of Homeland Security; and Patrick Divver, ICE San Diego Field Office Director, in their official capacities ("Respondents"), to release Petitioner from custody under the same conditions which existed immediately prior to Petitioner's detention on June 27, 2026. [Id. at 4.]

On July 16, 2026, Respondents filed the parties' Joint Status Report, stating that Petitioner was released from custody on July 15, 2026. [Dkt. no. 7.] In light of the

parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 7/14 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 17, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**SAMETCAN AVCI VS. CHRISTOPHER LAROSE, ET AL.; CASE NO. 3:26-CV-03870-LEK-MSB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

2